GILBERT *v.* GILBERT.

JENKINS, Chief Justice. This case is controlled by the ruling of this court in *Dugas* v. *Dugas,* 201 *Ga.* 190 (39 S. E. 2d, 658), where it was held that a verdict or judgment granting a divorce does not, under the terms of the new divorce law (Ga. L. 1946, p. 90), become final pending the expiration of the 30-day period after the rendition of such verdict or judgment, and that consequently neither a motion for new trial nor a direct bill of exceptions can be taken to review such tentative verdict or judgment pending the expiration of such 30-day period. It follows, therefore, that under the provisions of the Code, § 6-701, this court is without jurisdiction to entertain the bill of exceptions, which complains of the overruling of a motion for new trial instituted prior to the expiration of the 30-day period; and since it is made the duty of this court, under the provisions of the Code, § 24-4537, to raise all questions related to its lack of jurisdiction, the writ of error must be

*Dismissed. All the Justices concur, except Atkinson, J., who dissents for reasons expressed in the dissenting opinion in Dugas v. Dugas, supra; and Wyatt, J., who took no part in the consideration or decision of this case.*

No. 15895. SEPTEMBER 5, 1947. REHEARING DENIED OCTOBER 17, 1947.

*O. Lee White,* for plaintiff.
*Israel Katz* and *Isaac M. Wengrow,* for defendant.